UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                ) CASE NO: 04-48851-399
                                      )
HERMAN LEE WHITE                      )
                                      ) CHAPTER 13
                                      )
                                      )
              DEBTOR(S)                )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

HOUSEHOLD RECEIVABLE ACQUISITN
PO BOX 98724                          $            8.42
C/O HOUSEHOLD CREDIT SVCS
LAS VEGAS NV
048315           89193

                                      /s/ John V. LaBarge, Jr.
                                      -----------------------------------
DATE: August 31, 2009                 JOHN V. LABARGE, JR.,
                                      CHAPTER 13 TRUSTEE
                                      P.O. Box 430908
                                      St. Louis, MO 63143
XC -091                               (314) 781-8100   trust33@ch13stl.com